UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KALVIN KIRKPATRICK, | |
| Plaintiff, | CASE NO. C15-1001-JCC |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation (Dkt. No. 14) of Judge J.

Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 14) and this

matter is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g).

(2)     The Clerk is directed to enter judgment for Defendant and close the case; and

(3)     The Clerk is directed to send copies of this order to counsel of record and to

Magistrate Judge J. Richard Creatura.

//

//

//

//

//

1

2   Dated this 19th day of January, 2016.

3

4

5

6

7   John C. Coughenour
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2